1  XAVIER BECERRA
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  WILLIAM P. BURANICH
   Deputy Attorney General
4  State Bar No. 144650
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5744
6    Fax:  (415) 703-5843
     E-mail:  William.Buranich@doj.ca.gov
7  *Attorneys for Defendants E. Evans, J. Van Blarcom,
   B. Walls, S. Arana and K. Mitchell*
8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13 **JEFFREY MILLS,**                     3:16-cv-05095-HSG

14                         Plaintiff,    **DEFENDANTS' NOTICE OF**
                                         **ADMINISTRATIVE MOTION AND**
15           v.                          **MOTION TO CHANGE TIME TO FILE A**
                                         **DISPOSITIVE MOTION**
16
                                         Judge:        Hon. Haywood S. Gilliam, Jr.
17 **K. MITCHELL, et al.,**              Trial Date:   None Set
                                         Action Filed: September 2, 2016
18                         Defendants.

19

20

21     TO PLAINTIFF JEFFREY MILLS, IN PRO SE:

22     PLEASE TAKE NOTICE that Defendants E. Evans, J. Van Blarcom, B. Walls, S. Arana

23 and K. Mitchell, for the reasons set forth in the accompanying declaration of counsel, respectfully

24 request that the Court, under Local Civil Rules 6-3 and 7-11, change the deadline for defendants

25 to file a dispositive motion by fourteen days through July 12, 2017.  This motion is based on this

26 notice of motion and motion, the declaration of William Buranich, and the pleadings and

27 documents on file with the Court in this matter.

28

                                        1

1 | Dated:  June 28, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

*s/ William P. Buranich*
WILLIAM P. BURANICH
Deputy Attorney General
*Attorneys for Defendants E. Evans, J. Van Blarcom, B. Walls, S. Arana and K. Mitchell*

SF2016400867
20996034.doc

2

# CERTIFICATE OF SERVICE

Case Name:   *Mills v. Mitchell, et al.*              No.   **3:16-cv-05095-HSG**

I hereby certify that on June 28, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION;**

- **DECLARATION OF WILLIAM P. BURANICH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION; and**

- **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On June 28, 2017, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Jeffrey Mills (G00005)**
**San Quentin State Prison**
**West Block Cell 323L**
**San Quentin, CA  94974**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 28, 2017, at San Francisco, California.

| G. Garcia | */s/ G. Garcia* |
|-----------|-----------------|
| Declarant | Signature |

SF2016400867
20996202.doc