1 | XAVIER BECERRA
Attorney General of California
2 | JAY M. GOLDMAN
Supervising Deputy Attorney General
3 | WILLIAM P. BURANICH
Deputy Attorney General
4 | State Bar No. 144650
 455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA 94102-7004
 Telephone: (415) 703-5744
6 | Fax: (415) 703-5843
 E-mail: William.Buranich@doj.ca.gov
7 | *Attorneys for Defendants E. Evans, J. Van Blarcom, B. Walls, S. Arana and K. Mitchell*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEFFREY MILLS,**<br><br>Plaintiff,<br><br>v.<br><br>**K. MITCHELL, et al.,**<br><br>Defendants. | 3:16-cv-05095-HSG<br><br>**DECLARATION OF WILLIAM P. BURANICH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Action Filed: September 2, 2016 |

I, WILLIAM P. BURANICH, declare as follows:

1.   I am an attorney licensed to practice before the courts of the State of California and before this Court. I am a Deputy Attorney General at the California Attorney General's Office. I represent Defendants E. Evans, J. Van Blarcom, B. Walls, S. Arana and K. Mitchell in this matter. I make this declaration based on my personal knowledge. If called upon to do so, I can competently testify to these matters. I submit this declaration in support of Defendants' Administrative Motion to Change Time to File a Dispositive Motion.

1

2. Plaintiff—a state-prison inmate—brings this action under 42 U.S.C. § 1983 in pro se. In an order filed on December 29, 2016, the Court screened Plaintiff's complaint in this matter and recognized a claim for First Amendment retaliation and a state law intentional tort claim against Defendants. (ECF No. 14). In that order, Defendants were directed to file a dispositive motion by March 29, 2017. *Id.* The Court subsequently granted an initial extension of time to file a dispositive motion until June 28, 2017 (ECF No. 21).

3. I have reviewed the file and investigated the claims made by Plaintiff and have prepared a motion for summary judgment. The motion is complete and ready to be filed, but due to scheduling issues, I have been unable to obtain a necessary signature upon the declaration that provides the evidentiary support for the motion.

4. I will thus be unable to file the completed motion on June 28, 2017. Given these circumstances, I respectfully request that Defendants be allowed a brief fourteen-day extension to file the summary judgment motion, until July 12, 2017. I will make every effort to file the motion in advance of that deadline.

5. Defendants have previously requested one extension of time in this matter.

6. Plaintiff is incarcerated and cannot be easily contacted for an extension of time. I am therefore serving this motion by the most expedient means available, via first class mail.

7. This request is not made for the purpose of harassment, undue delay, or for any other improper reason.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that I could and would so testify if called upon to do so. This declaration was executed on June 28, 2017 at San Francisco, California.

*/S/ William P. Buranich*
William P. Buranich

SF2016400867
20996072.doc