UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>K. MITCHELL, et al.,<br><br>    Defendants. | Case No. 16-cv-05095-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 22 |

Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **July 12, 2017**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated: 6/29/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge