UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. MITCHELL, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05095-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 27 |

Good cause being shown, Defendants' request for an extension of time to file their reply brief in support of their summary judgment motion is GRANTED. Docket No. 24. Defendants shall file their reply brief by September 6, 2017.

This order terminates Docket No. 27.

**IT IS SO ORDERED.**

Dated: 8/8/2017

　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge