UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY MILLS,

                   Plaintiff,

          v.

K. MITCHELL, et al.,

                   Defendants.

Case No.  16-cv-05095-HSG

**JUDGMENT**

    For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, the Court DISMISSES this action for failure to exhaust administrative remedies and without prejudice to refiling in a new action after administrative remedies have been exhausted.  Judgment is entered in favor of Defendants.

    **IT IS SO ORDERED.**

Dated:  March 19, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge