UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. MITCHELL, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05095-HSG<br><br>**ORDER LIFTING STAY, REOPENING CASE** |

In light of the Court's order vacating the referral to the Pro Se Prisoner Mediation Program and setting a briefing schedule, the Court lifts the administrative stay and closure of this action, and orders that this action be reopened.

**IT IS SO ORDERED.**

Dated: 2/5/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge