UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>K. MITCHELL, et al.,<br><br>    Defendants. | Case No. 16-cv-05095-HSG<br><br>**ORDER GRANTING DEFENDANT ARANA'S REQUEST FOR AN EXTENSION OF TIME TO FILE HIS DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 61 |

Good cause being shown, Defendant Arana's request for an extension of time to file his dispositive motion is GRANTED. Dkt. No. 61. Defendant Arana shall file his dispositive motion by July 23, 2021. Plaintiff's opposition to defendant Arana's dispositive motion must be filed with the Court and served upon defendant Arana no later than 28 days from the date the motion is filed. Defendant Arana shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 61.

**IT IS SO ORDERED.**

Dated: 6/23/2021

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge