UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLS,<br>        Plaintiff,<br>v.<br>K. MITCHELL, et al.,<br>        Defendants. | Case No. 16-cv-05095-HSG<br><br>**JUDGMENT** |

The Court has GRANTED summary judgment in favor of Defendants. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/9/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge